# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:25-cv-21494-KMM

| | |
|---|---|
| AL NAWAS GAMPONG, on behalf of himself and all those similarly situated individuals, <br>     Plaintiff, <br> v. <br> FLANIGAN'S MANAGEMENT SERVICES, INC. and RICHARD EATON, <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) |

## DECLARATION OF AL NAWAS GAMPONG

I, Al Nawas Gampong, submit the following declaration in support of Plaintiff's motion for conditional certification.

1. I am over 18 years of age. During the relevant time, I lived in Miami, Florida, and have personal knowledge of the facts stated herein.

2. I worked as a server at the Flanigan's Seafood Bar and Grill in Coconut Grove (the "Restaurant") from June 3, 2024 to March 3, 2025.

3. As a server, my primary duties and responsibilities were to serve customers food and drinks in the restaurant, to engage with customers to enhance their overall dining experience, and to perform side work as assigned by my managers. All servers and bartenders at the Restaurant had substantially the same duties and responsibilities as me.

4. During my employment, the General Manager of the Restaurant was Richard Eaton.

5. Eaton supervised me and the other front-of-house employees. Eaton, with the help of the assistant managers, set the schedule, assigned side work, and made decisions about when I clocked in and out.

6. Eaton and all the managers instructed employees not to clock more than forty hours a week, because they did not want to pay overtime.

7. I was *scheduled* to work fewer than 40 hours per week, but I was required to work at least 45 to 90 minutes each shift doing off-the-clock side work *in addition* to my scheduled hours. Because of this practice, I worked more than 40 hours per week in many weeks, but the Restaurant did not record or pay me for these overtime hours.

8. The managers held required pre-shift meetings for the front-of-house employees. During these meetings, the managers would tell all front-of-house employees to clock out after they had cashed out their last table then complete closing side work off the clock.

9. If I recorded more than forty hours of work, Eaton and the other managers would assign fewer and less lucrative shifts to me in the following week. They did this to all servers and bartenders.

10. When my recorded time in a week approached 40 hours, Eaton and the other managers would either require me to work off-the-clock or would falsify my time by "writing down" my hours.

11. All front-of-house employees have assigned running and closing side work: servers, hostess, bussers, take-out, and bartenders. The amount of side work varies by assignment, but everyone has it. Servers and bartenders have the longest shifts and the most side work. Servers and bartenders consistently clocked out early to do their side work to avoid recording overtime.

12. My side work included cleaning my section, cleaning and polishing silverware and glassware, sweeping floors, cleaning tables, maintaining the ice and service stations, refilling condiments and other random tasks.

13. I often worked the opening shift at the Restaurant. Eaton required servers and bartenders working the opening shift to arrive 45 to 90 minutes before the Restaurant opens to perform non-tipped opening side work.

14. In addition to opening side work, the managers also required servers and bartenders to do closing side work. Servers and bartenders are not allowed to leave until all their closing side work is complete.

15. The Restaurant uses a point-of-sale timekeeping system, so you can't clock out while you have open tables; however, as soon as your last table cashes out, the managers told you to clock out and do your side work off the clock.

16. On average, I worked 45 to 90 minutes off the clock each shift, doing non-tipped side work.

17. I also did "running" side work during my shift while I had open tables; it varied, but I'd say on average I did 10 minutes of running side work an hour during my shift.

18. Every week I spent more than 20% of my time at work doing my required side work. I do not receive tips while doing side work.

19. I was paid the same sub-minimum tipped wage for all my hours-worked, irrespective of the type of work I performed.

20. All servers and bartenders at the Restaurant were paid the same sub-minimum tipped wage, irrespective of the type of work they performed.

3

21. I know additional current and former employees who would like to participate in this case, but are hesitant to join until Court authorized notice is provided.

22. The Restaurant has several non-public spaces accessible by servers and bartenders where a notice of this lawsuit could be displayed.

I declare under penalty of perjury (28 U.S.C. § 1746) that the foregoing is true and correct.

Executed on April 24, 2025.

NAME: _____
AL NAWAS GAMPONG