# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:25-cv-21494-KMM

| | |
|---|---|
| AL NAWAS GAMPONG, on behalf of himself and all those similarly situated individuals,<br>　　　　Plaintiff,<br>v.<br>FLANIGAN'S MANAGEMENT SERVICES, INC. and RICHARD EATON,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DECLARATION OF MAXWELL MORRIS**

I, Maxwell Morris, submit the following declaration in support of Plaintiff Al Nawas Gampong's motion for conditional certification.

1. I am over 18 years of age, reside in Miami, Florida, and have personal knowledge of the facts stated herein.

2. I worked as a server at the Flanigan's Seafood Bar and Grill in Coconut Grove (the "Restaurant") from August 2023 to October 2024.

3. During my employment, the General Manager of the Restaurant was Richard Eaton.

4. Eaton supervised me and the other servers. Eaton, with the help of the assistant managers, set the schedule, assigned side work, and made decisions about when I clocked in and out.

5. Eaton and all the managers really did not want the servers to clock more than forty hours a week because they did not want to pay overtime.

1

6. I was *scheduled* to work 35 to 40 hours per week, but I was required to work at least 45 to 90 minutes each shift doing off-the-clock side work *in addition* to my scheduled hours. Because of this practice, I worked more than 40 hours per week in many weeks, but the Restaurant did not record or pay me for these overtime hours.

7. I often worked the closing shift at the Restaurant. The closing shift is 10-14 hours long; I can leave only after my last table has closed its tab and after I have completed all my closing side work.

8. Side work includes cleaning my section, cleaning and rolling silverware, refilling condiments and other random tasks. I do not receive tips while doing this work.

9. Servers are not allowed to leave until all their closing side work is complete and approved by a manager.

10. The managers – including Eaton – told me to clock out before doing my required closing side work, so that I would not clock more than forty hours per week.

11. The Restaurant stops serving customers at 4:00 a.m., and the managers would tell me to clock out to do the side work required before I could leave.

12. The Restaurant uses a point-of-sale timekeeping system, so you can't clock out while you have open tables; however, as soon as your last table cashes out, the managers told you to clock out and do your side work off the clock.

13. On average, I worked 45 to 90 minutes off the clock each shift, doing non-tipped side work.

14. I also did side work during my shift while I had open tables; it varied, but I'd say on average I did about 10 minutes of side work an hour during my shift.

2

I declare under penalty of perjury (28 U.S.C. § 1746) that the foregoing is true and correct.

Executed on April 14, 2025.

NAME: *s/ Maxwell Morris*
         MAXWELL MORRIS