# EXHIBIT 3

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:25-cv-21494-KMM**

AL NAWAS GAMPONG, on behalf of )
himself and all those similarly situated )
individuals, )
          Plaintiff, )
v. )
FLANIGAN'S MANAGEMENT )
SERVICES, INC. and RICHARD EATON, )
         Defendants. )
          )
          )
          )

## DECLARATION OF BRIANNA EVERETT

I, Brianna Everett, submit the following declaration in support of Plaintiff Al Nawas Gampong's motion for conditional certification.

1. I am over 18 years of age, reside in Miami, Florida, and have personal knowledge of the facts stated herein.

2. I worked as a server at the Flanigan's Seafood Bar and Grill in Coconut Grove (the "Restaurant") from November 2023 to November 2024.

3. During my employment, the General Manager of the Restaurant was Richard Eaton.

4. Eaton supervised me and the other servers. Eaton, with the help of the assistant managers, set the schedule, assigned side work, and made decisions about when I clocked in and out.

5. Eaton and all the managers really did not want the servers to clock more than forty hours a week, because they did not want to pay overtime.

1

6.      When I first started working at the Restaurant, the managers would reduce the servers' recorded hours so that the timekeeping records falsely reflected that we worked fewer than forty hours per week. They did this to my hours a few times, and I believe they did it to other servers' hours too.

7.      All the managers would reduce the servers' hours worked, but Eaton really pushed it the most.

8.      I often worked the closing shift at the Restaurant. The closing shift is 10-12 hours long; I can leave only after my last table has closed its tab and after I have completed all my closing side work.

9.      Side work includes cleaning my section, cleaning and rolling silverware, refilling condiments and other random tasks. I do not receive tips while doing this work.

10.     Servers are not allowed to leave until all their closing side work is complete.

11.     Around January 2024, the managers – including Eaton – started telling us to clock out before doing our required closing side work, so that we would not clock more than forty hours per week.

12.     The managers threatened to take away our shifts or put us on worse shifts if we didn't clock out to do the closing side work.

13.     The Restaurant uses a point-of-sale timekeeping system, so you can't clock out while you have open tables; however, as soon as your last table cashes out, the managers told you to clock out and do your side work off the clock.

14.     On average, I worked 30 to 90 minutes off the clock each shift, doing non-tipped side work.

2

15.     I also did side work during my shift while I had open tables; it varied, but I'd say on average I did 5 to 15 minutes of side work an hour during my shift.

16.     I was paid the same sub-minimum tipped wage for all my hours-worked, irrespective of the type of work I performed.

I declare under penalty of perjury (28 U.S.C. § 1746) that the foregoing is true and correct.

Executed on _April_ _14_ , 2025.


NAME: _B. Everett_____
              BRIANNA EVERETT