# EXHIBIT 4

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:25-cv-21494-KMM**

AL NAWAS GAMPONG, on behalf of )
himself and all those similarly situated )
individuals, )
        Plaintiff, )
v. )
FLANIGAN'S MANAGEMENT )
SERVICES, INC. and RICHARD EATON, )
        Defendants. )
)
)
)

### DECLARATION OF NATHALIE GOMEZ

    I, Nathalie Gomez, submit the following declaration in support of Plaintiff Al Nawas Gampong's motion for conditional certification.

    1.    I am over 18 years of age, reside in Miami, Florida, and have personal knowledge of the facts stated herein.

    2.    Between April 2019 and January 2025, I worked as a server, bartender, hostess and take-out at several different Flanigan's Seafood Bar and Grill restaurants, including the Pinecrest, Doral, Westchester, and Coconut Grove locations. Most recently, I worked as a server at the Flanigan's Seafood Bar and Grill in Coconut Grove (the "Restaurant") from May 2024 to January 2025.

    3.    During my employment at the Coconut Grove Restaurant, the General Manager of was Richard Eaton.

    4.    Eaton supervised me and the other front-of-house employees. Eaton, with the help of the assistant managers, set the schedule, assigned side work, and made decisions about when I clocked in and out.

1

5. Eaton and all the managers instructed employees not to clock more than forty hours a week, because they did not want to pay overtime.

6. The managers held required pre-shift meetings for the front-of-house employees. During these meetings, the managers would tell all front-of-house employees to clock out after they had cashed out their last table then complete closing side work off the clock.

7. If a server recorded more than forty hours, the managers may give a warning the first time, but they will assign fewer and less lucrative shifts to that server if he does it again.

8. All front-of-house employees have assigned running and closing side work: servers, hostess, bussers, take-out, and bartenders. The amount of side work varies by assignment, but everyone has it. Servers and bartenders have the longest shifts and the most side work. Servers and bartenders consistently clocked out early to do their side work to avoid recording overtime.

9. I often worked the closing shift at the Restaurant. The closing shift is 10-12 hours long; I can leave only after my last table has closed its tab and after I have completed all my closing side work.

10. Side work includes cleaning my section, cleaning and polishing silverware, refilling condiments and other random tasks.

11. Servers are not allowed to leave until all their closing side work is complete.

12. The Restaurant uses a point-of-sale timekeeping system, so you can't clock out while you have open tables; however, as soon as your last table cashes out, the managers told you to clock out and do your side work off the clock.

13. On average, I worked 45 to 90 minutes off the clock each shift, doing non-tipped side work.

2

14. I also did side work during my shift while I had open tables; it varied, but I'd say on average I did 15 to 20 minutes of side work an hour during my shift.

15. In total, every week I spent more than 20% of my time at work doing my required side work. I do not receive tips while doing this work.

16. I was paid the same sub-minimum tipped wage for all my hours-worked, irrespective of the type of work I performed.

17. The payment policies I described above for the Coconut Grove Restaurant were the same at the Doral, West Chester, and Pine Crest locations. At all four Flanigan's restaurants where I worked, servers and bartenders were told to not record more than forty hours of work in a week. At all four restaurants, the managers instructed front-of-house employees to clock out to avoid recording overtime.

I declare under penalty of perjury (28 U.S.C. § 1746) that the foregoing is true and correct.

Executed on April 11, 2025.

NAME: _____
NATHALIE GOMEZ

3