# EXHIBIT 7

# A LEGAL NOTICE OF COLLECTIVE ACTION

**If You Worked as a Server or Bartender at any Flanigan's Seafood Bar and Grill restaurant located in South Florida You May Be Entitled to Join and Participate in a Lawsuit for Unpaid Wages.**

If you worked as a Server or Bartender for a **Flanigan's Seafood Bar and Grill** between April 1, 2022, and the present, you may be entitled to participate in a federal wage lawsuit concerning the issue of whether Flanigan's Management Services, Inc. owe Servers and Bartenders back wages for unpaid overtime.

### WHAT IS THIS ABOUT?

The lawsuit is captioned *Al Nawas Gampong. v. Flanigan's Management Services, Inc. and Richard Eaton, S.D. Fla. Case No. 1:25-cv-21494-KMM*, and is pending in the United States District Court for the Southern District of Florida. In the lawsuit, the Plaintiff has brought his claims on behalf of himself and all other Servers and Bartenders who worked for any Flanigan's Seafood Bar and Grill in the past 3 years. The lawsuit alleges that the Defendants failed to record and pay Servers and Bartenders for all hours worked, including hours worked over forty which must be compensated at a premium overtime rate, and failed to pay full minimum wages for non-tipped side work performed. Defendant denies all allegations in Plaintiff's Complaint. The Court has not determined the merits of Plaintiff's claims or Defendant's defenses but has required this notice to be posted and provided to all current and previously employed Servers and Bartenders.

### WHAT IS THE CASE ABOUT?

This lawsuit claims that Servers and Bartenders are owed minimum and overtime wages as a result of unlawful policies that were enforced in the restaurant during the past 3 years.

### WHO IS AFFECTED?

*All persons who have worked as Servers or Bartenders for any Flanigan's Seafood Bar and Grill restaurant in South Florida from April 1, 2022, to the present.*

### HOW ARE YOU AFFECTED?

Pursuant to a recent ruling from the judge in this case, you are allowed to join this lawsuit as an opt-in plaintiff if you desire to seek unpaid minimum wages and overtime wages from Defendants.

### WHAT ARE YOUR OPTIONS?

Your legal rights are affected by the Court's decision to conditionally certify a class, and you have a choice to make now. If you wish to participate in this case, you must return a signed Consent to Sue form to the Plaintiff's attorneys. A Consent to Sue form can be obtained, with instructions to file, at www.LeeMeier.Law. You can also obtain a Consent to Sue form by emailing lchastain@leemeier.law. You also should have received a Consent to Sue form in the mail. If you do nothing, you will not participate in the case and will not be entitled to recover any money if there is an eventual settlement. If you do nothing, you will keep any rights to sue Flanigan's Management Services, Inc. (however subject to the statute of limitations), now or in the future, and will not be bound by any orders or judgments of the Court. To participate in this lawsuit, you must complete a Consent to Sue form and send it via mail or email to the address/email below, postmarked by [ENTER DATE]*,* Please include your full name, address, phone number, and signature.

### WHO REPRESENTS YOU?

The Court appointed Lee Meier Law of Atlanta, Georgia to represent you as "Class Counsel." If Lee Meier Law obtains money for individuals who join this collective action, they may petition the Court for an award of attorney fees and costs to be paid by the Defendant on your behalf. The fees retained by the attorneys will be either the amount received from Defendant as ordered by the Court, or by the contingency fee arrangement with Mr. Nawas, and his attorneys, whichever is greater. Mr. Nawas is a Class Member like you, and the Court accepted him as the "Class Representative."

### HOW CAN YOU GET MORE INFORMATION?

If you have questions or want a detailed notice or other documents about this lawsuit and your rights, visit www.leemeier.law or write to: Lee Meier Law, **Attn: Flanigan's Collective Action,** 695 Pylant Street, #105, Atlanta, GA, 30306. The Plaintiff's counsel may be reached via email at lchastain@leemeier.law or ameier@leemeier.law.