# EXHIBIT 8

# REMINDER

**You Have _____ Days to Join the Collective Action Lawsuit for Alleged Unpaid Wages Against FLANIGAN'S MANAGEMENT SERVICES, INC.**

**If you previously decided not to join this action you do not need to do anything more.**

**Another Copy of the Notice of Collective Action With Information About the Lawsuit is Enclosed Herein. Please carefully review it.**

**You will not be Included in this Lawsuit or be Entitled to Any of its Benefits Unless you Complete the "Consent to Sue" Form and Return it to Plaintiff's Counsel. If You Wish to Join the Lawsuit, You Should Not Delay Doing So Because the Consent to Sue Form Must be Received by _____ to Join the Lawsuit.**